## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,
Appellant**

v.

**Matthew J. QUARLES, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided July 22, 2004.

Janna Rae Steinruck, Wilmington, OH, for Com.

Mark Forrest Walmer, Lancaster, for Matthew Quarles.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, BAER, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,
Appellant,**

v.

**Danny Joe TOWNSEND, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.
Decided July 22, 2004.

Donald R. Totaro, Esq., Janna Rae Steinruck, for Commonwealth of Pennsylvania.

James Jude Karl, Esq., for Danny Joe Townsend.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Robert REED, Jr., Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided July 22, 2004.

Donald R. Totaro, Esq., John Hartman May, Esq., for the Commonwealth of Pennsylvania.

James Jude Karl, Esq., for Robert Reed, Jr.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Timothy Allen GRAHAM, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided July 22, 2004.